# EXHIBIT C

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

AMANDA KLINK,

CIVIL DIVISION

*Plaintiff,*

**ELECTRONICALLY FILED**

vs.

Case No. GD-21-000960

UNIFUND CCR, LLC,

*Defendant.*

**COMPLAINT IN CIVIL ACTION**

Filed on Behalf of Plaintiff:
Amanda Klink

Counsel of Record for This Party:

**J.P. WARD & ASSOCIATES, LLC**

Joshua P. Ward
Pa. I.D. No. 320347

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Telephone:    (412) 545-3015
Fax:          (412) 540-3399
E-mail:       JWard@JPWard.com

## NOTICE TO DEFEND

**YOU HAVE BEEN SUED IN COURT.** If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. If you do not have a lawyer, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. IF YOU CANNOT AFFORD TO HIRE A LAWYER, this office may be able to provide you with information about agencies that may offer legal service to eligible persons at a reduced fee or no fee:

LAWYER REFERRAL SERVICE
11TH FLOOR KOPPERS BUILDING,
436 SEVENTH AVENUE
PITTSBURGH, PENNSYLVANIA 15219
TELEPHONE: (412) 261-5555

**HEARING NOTICE YOU HAVE BEEN SUED IN COURT.** The above Notice to Defend explains what you must do to dispute the claims made against you. If you file the written response referred to in the Notice to Defend, a hearing before a board of arbitrators will take place in the Compulsory Arbitration Center. Report to the Arbitration Assembly Room, Courtroom Two, Seventh Floor City-County Building, 414 Grant Street, Pittsburgh, Pennsylvania 15219, on ___, 2021 at 9:00 A.M.

IF YOU FAIL TO FILE THE RESPONSE DESCRIBED IN THE NOTICE TO DEFEND, A JUDGMENT FOR THE AMOUNT CLAIMED IN THE COMPLAINT MAY BE ENTERED AGAINST YOU BEFORE THE HEARING. DUTY TO APPEAR AT ARBITRATION HEARING IF ONE OR MORE OF THE PARTIES IS NOT PRESENT AT THE HEARING, THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

NOTICE: You must respond to this complaint within twenty (20) days or a judgment for the amount claimed may be entered against you before the hearing. If one or more of the parties is not present at the hearing, the matter may be heard immediately before a judge without the absent party or parties. There is no right to a trial de novo on appeal from a decision entered by a judge.

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

AMANDA KLINK,                                                  CIVIL DIVISION

      *Plaintiff,*                                        **ELECTRONICALLY FILED**

      vs.                                                   Case No. GD-21-000960

UNIFUND CCR, LLC,

      *Defendant.*

## COMPLAINT IN CIVIL ACTION

AND NOW, comes Plaintiff, Amanda Klink, by and through the undersigned counsel, J.P. Ward & Associates, LLC and, specifically, Joshua P. Ward, Esquire, who files the within Complaint in Civil Action against Defendant, Unifund CCR, LLC, of which the following is a statement:

## PARTIES

1.      Plaintiff, Amanda Klink (hereinafter "Amanda Klink"), is an adult individual who currently resides at 4559 Nature Trail Drive, Allison Park, PA 15101.

2.      Defendant, Unifund CCR, LLC (hereinafter "Unifund"), is a corporation with its principal place of business located at 10625 Techwood Circle, Cincinnati, Ohio 45242 .

## JURISDICTION AND VENUE

3.      Jurisdiction is proper as Plaintiff brings this lawsuit under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

4.      Venue is proper pursuant to Pa.R.C.P. 2179(a)(2) because Defendant regularly conducts business in Allegheny County, Pennsylvania and because Defendant is subject to general jurisdiction of Allegheny County, Pennsylvania.

2

## PROCEDURAL HISTORY AND FACTUAL ALLEGATIONS

5.     On February 8, 2020, Unifund filed a Civil Complaint against Amanda Klink in the Court of Common Pleas of Allegheny County at Docket Number: AR-20-000676. A true and correct copy of the Docket is attached hereto, made a part hereof, and marked as Exhibit "A".

6.     In response to the Civil Complaint, Amanda Klink engaged The Law Firm of Fenters Ward for representation.

7.     Prior to the hearing, Unifund filed a Complaint pursuant Allegheny County Local Rule 1320 Small Claim Procedure. A true and correct copy of the Complaint is attached hereto, made a part hereof, and marked as Exhibit "B".

8.     Within its Complaint, Unifund was claiming the amount in excess of $3,000 and therefore failed to comply with Allegheny County Local Rule 1320, which provides that "The following procedure shall govern Small Claims…and civil actions where the damages claimed do not exceed the sum of $3,000." See Exhibit "B".

9.     Unifund failed to comply with Allegheny County Local Rule Small Claim Procedure: this constituted a false, deceptive and fraudulent representation in the attempted collection of a consumer debt in violation of 15 U.S.C.A. § 1692e(5) and (10).

### COUNT I
### VIOLATIONS OF THE FDCPA, 15 U.S.C. § 1692, *et seq.*

10.     Plaintiff incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

11.     There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. 15 U.S.C.A. 1692(a).

3

12.     The purpose of the FDCPA is to "eliminate abusive debt collection practices by debt collectors, to ensure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C.A. § 1692(e).

13.     Amanda Klink is a "consumer" as defined by § 1692a(3) of the FDCPA.

14.     Unifund is a "debt collector" as defined by § 1692a(6) of the FDCPA.

15.     Upon information and belief, the alleged "debt" arises out of an alleged transaction entered into primarily for personal, family, or household purposes. "The term 'debt' means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment." 15 U.S.C.A. § 1692a(5).

16.     The Third Circuit has held that the FDCPA is to be enforced by private attorney generals. *Weiss v. Regal Collections*, 385 F.3d 337, 345 (3d. Cir. 2004).

17.     The FDCPA, 15 U.S.C.A. § 1692e(5) and (10), states in pertinent part:

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
> (5) The threat to take any action that cannot legally be taken or that is not intended to be taken.
> ...
> (10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

18.     On February 8, 2020, Unifund filed its complaint in the Court of Common Pleas of Allegheny County case docketed at AR-20-000676. See Exhibit "A".

4

Case 2:21-cv-01270-WSS   Document 1-4   Filed 09/23/21   Page 7 of 23

19.     Unifund failed to comply with Allegheny County Local Rule 1320 by filing a short form complaint where damages exceed $3,000. **See Exhibit "B".**

20.     This failure to comply with Allegheny County Local Rule 1320 constituted a false, deceptive and fraudulent representation in the attempted collection of a consumer debt and constituted an action that cannot be taken, a violation of 15 U.S.C.A. § 1692e(5) and (10).

21.     Here, the only natural consequence of Unifund's acts was to harass, oppress, and abuse Amanda Klink.

22.     As such, Unifund's conduct, as set forth above, violated 15 U.S.C.A § 1692d of the FDCPA.

23.     Section 1692k(a) of the FDCPA provides, in relevant part:

> ...**any** debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of – (1) any actual damages sustained by such person as the result of such failure; (2)(A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; and (3) in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court."

15 U.S.C. § 1692k(a) of the FDCPA.

24.     As a direct and proximate result of Unifund's violations of § 15 U.S.C.A. § 1692e(5) and (10) of the FDCPA, as set forth above, Amanda Klink has suffered annoyance, anxiety, embarrassment, emotional distress, and severe inconvenience.

WHEREFORE, Plaintiff, Amanda Klink, respectfully requests that this Honorable Court enter judgment in their favor and against Defendant, Unifund CCR, LLC, and enter an award of monetary damages as described herein, not in excess of arbitration limits, including an award for actual damages, statutory damages pursuant to 15 U.S.C. **§1692k(a), costs and attorney's fees**

5

pursuant to 15 U.S.C. § 1692k(a), and such other and further relief as this Honorable Court deems just and proper.

**JURY TRIAL DEMANDED UPON APPEAL OR REMOVAL.**

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: August 24, 2021

By: _____

Joshua P. Ward (Pa. I.D. No. 320347)
Kyle H. Steenland (Pa. I.D. No. 327786)

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

# EXHIBIT A

Zoom-In   Zoom-Out

*Home > Search > Case Search*

## Case Details - AR-20-000676

**Unifund CCR LLC vs Klink**

**Filing Date:**
02/08/2020
**Filing Time:**
11:31:14
**Related Cases:**
**Consolidated Cases:**
**Judge:**
Walko Jr. Donald R
**Amount in Dispute:**
$ 3306.02
**Case Type:**
Contract - Debt Collection
**Court Type:**
Arbitration
**Current Status:**
Award for Defendant
**Jury Requested:**
No

### ⇒ Parties Count : 6

--Litigants--   Search

| LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|
| Unifund CCR LLC | | | Plaintiff | 10625 Techwoods Circle Cincinnati OH 45242 | -- | Demetrios H. Tsarouhis |
| Klink | Amanda | M. | Defendant | 117 Crescent Hills Road Pittsburgh PA 15235 | 03/02/2020 1555 | -- |

Showing 1 to 2 of 2 rows

--Attorney--   Search

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Tsarouhis | Demetrios | H. | Plaintiff's Attorney | 21 South 9th Street Allentown PA 18102 | 6106282440 |
| Ward | Joshua | P. | Defendant's Attorney | | -- |

Showing 1 to 2 of 2 rows

--Non Litigants--   Search

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Arbitration Center | | | Arbitration Center | 414 Grant Street Courtroom 2, 7th Floor Pittsburgh PA 15219 | |
| Walko Jr. | Donald | R | Judge | | |

Showing 1 to 2 of 2 rows

### ⇒ Docket Entries Count : 10   Search

| Filing Date | Docket Type | Docket Text | Filing Party | Redacted Document |
|---|---|---|---|---|
| 7/24/2020 | Award for Defendant | Dated 07/24/20. Notice of award sent. Arbitration Board #38826 | Arbitration Center | Document 10 |

| Filing Date | Docket Type | Docket Text | Filing Party | Redacted Document |
|---|---|---|---|---|
| 6/2/2020 | Reply to New Matter | | Unifund CCR LLC | Document 9 |
| 5/22/2020 | Answer and New Matter | to Amended Complaint | Amanda Klink M. | Document 8 |
| 5/20/2020 | Notice of Rescheduled Hearing | The above captioned case has been rescheduled to 7/24/2020. Notices sent to all parties 5/20/2020. | Arbitration Center | Document 7 |
| 5/20/2020 | Order of Court | Dated 05/19/20. Ordered that Plaintiff has 90 days to file an Amended Complaint. See Order for specifics. Walko J. Notice sent. | Donald Walko Jr. R | Document 6 |
| 5/18/2020 | Amended Complaint | | Unifund CCR LLC | Document 5 |
| 3/13/2020 | Adjournment of Hearing | Dated 3/13/20. Case continued to 6/09/20 at 09:00 a.m., Arbitration Center | Amanda Klink M. | Document 4 |
| 3/10/2020 | Preliminary Objections | Scheduled for 4/29/20 at 10:15 a.m. before the Motions Judge | Amanda Klink M. | Document 3 |
| 3/2/2020 | Sheriff Return | Klink Amanda M. was served with Complaint on 03/02/2020 by Served - Adult family member with whom said Defendant(s) reside(s), Daniel | Unifund CCR LLC | Sheriff Return |
| 2/8/2020 | Complaint | Count #1: $ 3306.02 Plus costs/interest/attorney fees. Hearing date 04/27/2020 | Unifund CCR LLC | Document 1 |

Showing 1 to 10 of 10 rows

---

⇨ Event Schedule Count : 3                                             Search

| Event Scheduled | Event Date & Time | Room Number | Judge/Hearing Officer |
|---|---|---|---|
| Arbitration Hearing | 07/24/2020 9:00 | Room 702, City-County Building | Arbitration Panel |
| Arbitration Hearing | 06/09/2020 9:00 | Room 702, City-County Building | Arbitration Panel |
| Arbitration Hearing | 04/27/2020 9:00 | Room 702, City-County Building | Arbitration Panel |

Showing 1 to 3 of 3 rows

---

⇨ Services Count : 1Complete Service History                          Search

| Desc | Name | Service Address | Person Served | Served By | Service Date | Service Time | Status |
|---|---|---|---|---|---|---|---|
| Complaint | Amanda M. Klink | 117 Crescent Hills Road R Pittsburgh, PA 15235 Penn Hills Township | Klink Amanda M. | DMACIOCE | 3/2/2020 | 1555 | Served - Adult family member with whom said Defendant(s) reside(s) |

Showing 1 to 1 of 1 rows

Top

# EXHIBIT B

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

## CIVIL DIVISION

### COVER SHEET

Plaintiff(s)                                     Case Number:
UNIFUND CCR. LLC


vs.                                              Type of Pleading: Complaint

                                                 Code and Classification:
Defendant(s)
AMANDA M KLINK
                                                 Filed on behalf of Plaintiff

                                                 Name of Filing Party:
                                                 UNIFUND CCR. LLC


                                                 _x_ Counsel of Record

                                                 ___ Individual. If Pro Se

                                                 Name. Address. and Telephone Number:

                                                 Demetrios H Tsarouhis
                                                 21 S 9th Street
                                                 Allentown. PA 18102
                                                 610-628-2440
                                                 610-465-8844

                                                 Claim No. 201366.001

                                                 Attorney's State ID: 88513

                                                 Attorney's Firm ID:

## COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CIVIL ACTION - LAW

| | |
|---|---|
| UNIFUND CCR, LLC,<br>    **Plaintiff** | :<br>:<br>: No. _____ |
| v. | :<br>: |
| | : Hearing Date: _____ |
| **AMANDA M KLINK**<br>    **Defendant,** | :<br>: CONSUMER CREDIT CARD DEBT<br>: COLLECTION ACTION<br>:<br>: 201366.001<br>: |

### NOTICE TO DEFEND

**YOU HAVE BEEN SUED IN COURT.** If you wish to defend against the claims set forth in the attached copy of the suit papers. **YOU MUST** complete and detach two of the copies of the attached "Notice of Intention to Appear." One completed copy of the "Notice of Intention to Appear" must be filed or mailed to the Department of Court Records, Civil/Family Division, First Floor, City-County Building, 414 Grant Street, Pittsburgh, PA 15219 and the other completed copy must be mailed to:

Tsarouhis Law Group, LLC
21 S 9th Street
Allentown PA 18102

within **TWENTY (20)** days from the date these papers were mailed. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money, property, or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

LAWYER REFERRAL SERVICE
The Allegheny County Bar Association
3rd Floor Koppers Building, 436 Seventh Avenue
Pittsburgh, Pennsylvania 15219
Telephone: 412-261-5555
http://www.acbalrs.org

**HEARING NOTICE YOU HAVE BEEN SUED IN COURT.** The above Notice to Defend explains what you must do to dispute the claims made against you. If you file the written response referred to in the Notice to Defend, a hearing before a board of arbitrators will take place in Court Room 2, 7th Floor of the City-County Building, 414 Grant Street, Pittsburgh, Pennsylvania, on _____. _____ *[insert date and year]* at 9:00 A.M. **IF YOU FAIL TO FILE THE RESPONSE DESCRIBED IN THE NOTICE**

TO DEFEND, A JUDGMENT FOR THE AMOUNT CLAIMED IN THE COMPLAINT MAY BE ENTERED AGAINST YOU BEFORE THE HEARING.

## DUTY TO APPEAR AT ARBITRATION HEARING

If one or more of the parties is not present at the hearing. THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

NOTICE:  You must respond to this complaint within twenty (20) days or a judgment for the amount claimed may be entered against you before the hearing.

If one or more of the parties is not present at the hearing, the matter may be heard immediately before a judge without the absent party or parties. There is no right to a trial de novo on appeal from a decision entered by a judge.

## NOTICE OF INTENTION TO APPEAR

| | |
|---|---|
| UNIFUND CCR, LLC,<br>  Plaintiff | : |
| | : |
| v. | : |
| | : No. _____ |
| AMANDA M KLINK | : |
|   Defendant | : Hearing Date: _____ |
| | : |
| | : |
| | :   201366.001 |

To The Plaintiff Or The
Plaintiff's Attorney:

I intend to appear at the hearing scheduled for the above date and defend against the claim made against me. I do not owe this claim for the following reasons:

_____

_____

_____

_____

I certify that I have mailed a copy of this Notice to the Plaintiff or the Plaintiff's Attorney

Sign Here:_____
*(Defendant or Defendant's Attorney If Any)*

Date:                                          Address:_____

## TO BE FILED WITH DEPT OF COURT RECORDS

## NOTICE OF HEARING

### TO THE DEFENDANT:

A lawsuit has been entered against you. Attached is a copy. You are requested to appear for a hearing on _____ , at _____ o'clock, in the City-County Building (located at 414 Grant Street) on the 7th floor in Courtroom #2. If you intend to appear at the hearing and defend against this claim, YOU MUST complete and detach two of the copies of the "Notice of Intention to Appear" at the top of this page. One completed copy of the "Notice of Intention To Appear" must be filed or mailed by **Certified or Registered Mail** to the Department of Court Records, Civil/Family Division, 1st Fl., City County Bldg., Pittsburgh, PA 15219 and the other completed copy must be mailed to: **Tsaroulis Law Group, 21 S 9th Street, Allentown PA 18102** within 20 days from the date that you receive these papers.

IF YOU DO NOT thus file or mail "Notice of Intention To Appear," OR IF YOU properly file or mail it but DO NOT APPEAR at the above time and place for the hearing: A JUDGMENT OR AN AWARD FOR THE AMOUNT OF THE CLAIM MAY BE ENTERED AGAINST YOU.

**COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**
**CIVIL ACTION – LAW**

| | |
|---|---|
| UNIFUND CCR, LLC. | : |
| Plaintiff | : |
| | : |
| | : |
| v. | : |
| | : No. |
| AMANDA M KLINK | : |
| Defendant | : |
| | : |
| | : |
| | : |
| | : |
| | : |

**COMPLAINT**

AND NOW, comes Plaintiff, by and through its attorneys, Tsarouhis Law Group, LLC, and files this Complaint and in support avers as follows:

1.      Plaintiff, **UNIFUND CCR, LLC**, ("Plaintiff") is an Ohio business having its corporate offices at 10625 TECHWOOD CIR, BLUE ASH OH 45242-2846.

2.      For collection purposes, Plaintiff is the current owner of, and/or successor to, the obligation sued upon, and was assigned all rights, title and interest to Defendant's **UNIFUND CCR, LLC**, account number ************9755  (hereinafter "the account").

3.      Upon information and belief, Defendant(s), AMANDA M KLINK, has a last known address(es) of: 117 CRESCENT HILLS RD APT R, PITTSBURGH PA 15235.

4.      Upon information and belief, the account is based on a written credit agreement entered into between Defendant and the original grantor; as provided to Plaintiff, the terms of the agreement applicable to accounts issued by CAPITAL ONE BANK (USA), N.A..

5.      Upon information and belief, defendant(s) used or authorized the use of the account to obtain loans from the original credit grantor for the purpose of obtaining goods, and/or services and/or cash

advances.

6.  Defendant(s) failed to make full payment of the amount owed on the account.

7.  The account shows that the Defendant(s) owe(s) a balance of $3,306.02.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court enter Judgment in favor of the

Plaintiff and against Defendant(s) in the amount of $3,306.02 plus costs of this action, and any other relief as

this Court deems just and reasonable.

Respectfully Submitted,

TSAROUHIS LAW GROUP, LLC

DEMETRIOS H. TSAROUHIS
I.D. #88513
MICHAEL J. MCCRYSTAL
I.D. #55064
Attorneys for Plaintiff
21 S. 9th Street—Suite 200
Allentown, PA 18102
610-628-2440

Date: January 14, 2020
201366.001

## VERIFICATION

I. Michael J McCrystal, Esquire, verify that the statements contained in the aforementioned Complaint are true and correct based on my communications with my client. I make this verification because my client is unavailable to sign this document at this time. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. Sec. 4904 relating to unsworn falsification to authorities.

By: _____
Michael J McCrystal, Esquire

Date: January 14, 2020

201366.001

## **VERIFICATION**

I, JOSHUA P. WARD, ESQ., have read the foregoing COMPLAINT and verify that the statements therein are correct to the best of my personal knowledge, information, and/or belief. I have gained this information from discussions with Plaintiff. This verification is made on behalf of Plaintiff. Plaintiff will produce their verification if/when there is an objection by Defendant or upon directive from the court.

I understand that this verification is made subject to the penalties of 18 Pa. C.S.A. 4904 relating to unsworn falsification to authorities, which provides that if I knowingly make false averments, I may be subject to criminal penalties.

Respectfully submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: August 24, 2021

By: _____

Joshua P. Ward (Pa. I.D. No. 320347)
Kyle H. Steenland (Pa. I.D. No. 327786)

J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

7

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, a true and correct copy of the foregoing Complaint

in Civil Action was served upon the following:

Unifund CCR, LLC
10625 Techwood Circle
Cincinnati, OH 45242

Respectfully Submitted,

**J.P. WARD & ASSOCIATES, LLC**

Date: August 24, 2021                          By:

Joshua P. Ward (Pa. I.D. No. 320347)
Kyle H. Steenland (Pa. I.D. No. 327786)

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

8



**J.P. WARD
& ASSOCIATES, LLC**
PITTSBURGH · PHILADELPHIA

201 S HIGHLAND AVENUE SUITE 201
PITTSBURGH, PA 15206

RECEIVED

AUG 2 6 2021

Unifund Media Dept

JOSHUA P. WARD, ESQ.

412.545.3016 OFFICE
412.540.3399   FAX
info@JPWARD.COM

August 24, 2021

***VIA FIRST CLASS MAIL***

Unifund CCR, LLC
10625 Techwood Circle
Cincinnati, OH 45242

<u>**Re: *Klink, Amanda v. Unifund CCR, LLC; GD-21-000960***</u>
***(Complaint in Civil Action)***

To Whom It May Concern,

Enclosed, please find Plaintiff's Complaint in Civil Action in the above captioned matter.
Thank you for your time and attention to this matter, please feel free to contact us if you have any
questions or concerns.

Very truly yours,

Kyle H. Steenland, Esq.
ksteenland@jpward.com
Phone: (412) 651-8278

Enclosure(s): 1



J.P. WARD
& ASSOCIATES, LLC
201 SOUTH HIGHLAND AVE. SUITE 201 : PITTSBURGH, PA 15206

Unifund CCR, LLC
10625 Techwood Circle
Cincinnati, OH 45242





FIRST CLASS MAIL

$001.60 ⁰

quadient
FIRST-CLASS MAIL
US POSTAGE